PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Darnell Turner                                              Cr.: 06-00659-001
                                                                              PACTS #: 44856

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/04/2008

Original Offense: 18:924C.F, 18:1951.F; Conspiracy to Commit Robbery, Brandishing a Firearm During and in Relation to a Crime of Violence

Original Sentence: 96 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment - $200, Restitution - $304,087.50, Financial Disclosure, No New Debt/Credit

Type of Supervision: Supervised Release                    Date Supervision Commenced: 11/30/2012

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender's term of supervised release is scheduled to expire on November 29, 2017, with an outstanding restitution balance of $596,317. The offender is unable to fully satisfy the balance prior to the scheduled date of expiration. He has paid his special assessment of $200 in full and $8,008 towards his restitution obligation. |

U.S. Probation Officer Action:

We are requesting that the offender's supervised release term be allowed to expire on November 29, 2017. The Financial Litigation Unit of the United States Attorney's Office will pursue collection of the remaining balance.

Respectfully submitted,

Luis R. Gonzalez
2017.05.23 13:39:52
-04'00'

By: Maria Goodwater
U.S. Probation Officer
Date: 05/23/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[✓] Allow Supervised Release to terminate on November 29, 2017, with an outstanding restitution balance
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

5/24/17
Date